# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LUIS A. ESCAMILLA & MAGNOLIA ESCAMILLA  
434 W. 9TH ST.  
BELVIDERE, IL  61008  
SSN-xxx-xx-7112 & xxx-xx-1231

Case Number: 04-75195

Case filed on: 10/15/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,406.99          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF HENRY REPAY | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 004 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ACCOUNT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SOUTHWEST CREDIT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LUIS A. ESCAMILLA | 0.00 | 0.00 | 961.99 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 961.99 | 0.00 |
| 001 | OLD REPUBLIC INSURANCE CO | 2,000.00 | 2,000.00 | 2,000.00 | 363.53 |
| 002 | RESURGENT CAPITAL SERVICES | 2,340.74 | 1,200.00 | 1,200.00 | 202.93 |
| 003 | REAL TIME RESOLUTIONS, INC. | 3,604.83 | 3,604.83 | 3,604.83 | 0.00 |
| 005 | SELECT PORTFOLIO SERVICING INC | 15,339.84 | 9,012.07 | 9,012.07 | 0.00 |
|  | Total Secured | 23,285.41 | 15,816.90 | 15,816.90 | 566.46 |
| 001 | OLD REPUBLIC INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | RESURGENT CAPITAL SERVICES | 0.00 | 1,140.74 | 385.97 | 0.00 |
| 003 | REAL TIME RESOLUTIONS, INC. | 38,034.84 | 38,034.84 | 547.00 | 0.00 |
| 007 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,081.46 | 1,081.46 | 365.91 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 11,506.46 | 11,506.46 | 3,893.21 | 0.00 |
| 009 | AT & T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SMC | 1,204.46 | 1,204.46 | 407.52 | 0.00 |
| 011 | AMOCO/BP OIL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 393.23 | 393.23 | 122.91 | 0.00 |
| 014 | CITGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DISNEY CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LOWE'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MARSHALL FIELD | 1,186.42 | 1,186.42 | 401.43 | 0.00 |
| 020 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MEDICAL DENTAL HOSPITAL BUREAU | 946.00 | 946.00 | 320.07 | 0.00 |
| 027 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RESURGENT CAPITAL SERVICES | 418.52 | 418.52 | 130.81 | 0.00 |
| 031 | SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | T-MOBILE | 109.34 | 109.34 | 28.54 | 0.00 |
| 037 | RESURGENT CAPITAL SERVICES | 4,192.48 | 0.00 | 0.00 | 0.00 |
| 038 | ACCOUNTS RECOVERY SERVICE | 364.41 | 364.41 | 113.90 | 0.00 |
| 039 | RESURGENT CAPITAL SERVICES | 6,371.03 | 6,371.03 | 2,155.63 | 0.00 |
| 040 | RESURGENT CAPITAL SERVICES | 5,622.34 | 5,622.34 | 1,902.31 | 0.00 |
|  | Total Unsecured | 71,430.99 | 68,379.25 | 10,775.21 | 0.00 |
|  | Grand Total: | 96,916.40 | 86,396.15 | 29,754.10 | 566.46 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $30,320.56 |
| Trustee Allowance: | $2,086.43 |
| Percent Paid Unsecured: | 15.76 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer
                                                      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan